IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  MAGISTRATE NO. 1:15mj578-RHW

MILAD KALANTARI

## MOTION AND ORDER TO SEAL

The United States of America requests that the Complaint, Affidavit, and Arrest Warrant herein be sealed, and represents the following:

Revealing the existence of the documents prior to the arrest of the Defendant would jeopardize law enforcement agents and greatly impede the apprehension of the Defendant. However, the government requests that the U.S. Marshal Service and/or the United States Attorney's Office be allowed to make copies of the Complaint, Arrest Warrant, and any related documents available to other federal, state and local law enforcement agencies who request the same to facilitate the arrest and detention of the defendant.

WHEREFORE, the United States requests that the Court SEAL the Complaint, Affidavit, Arrest Warrant, and this Motion and Order, pending the arrest of the Defendant and that copies be distributed to law enforcement agencies as needed to facilitate the arrest and detention for the defendant.

Respectfully submitted,

GREGORY K. DAVIS
United States Attorney

By: *Shunchal H. Cole*
for MARY HELEN WALL
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, MS 39201
Mississippi Bar No.100857

IT IS HEREBY ORDERED that the Complaint, Affidavit, and Arrest Warrant herein be sealed, as well as this Motion and Order to Seal.

IT IS FURTHER ORDERED that the U.S. Marshal Service and/or the United States Attorney's Office shall make copies of the Complaint, Arrest Warrant, and any related documents available to other federal, state, and local law enforcement agencies who request the same.

ORDERED this 24th day of NOV., 2015.

_____
UNITED STATES MAGISTRATE JUDGE